UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ALFONZO B. PRATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:14-cv-301 |
| v. ) | |
| ) | Judge Mattice |
| UNIVERSITY OF KENTUCKY, *et al.*, ) | Magistrate Judge Carter |
| ) | |
| *Defendants*. ) | |
| ) | |

# ORDER

On January 6, 2015, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 4) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that this action be dismissed and Plaintiff's application to proceed *in forma pauperis* be denied as moot. On January 20, 2015, Plaintiff filed a Motion to Appear, Motion for Civil Rights Action, Motion to Support the Facts in my Complaint, Motion to Support my Claim, Motion for Scorebook from Lexington Park District, Motion for Evidence in my Complaint to be Reviewed by Higher Appellate Court in Washington D.C., Motion for Assistant Head Coach Brandin Knight of the (University of Pittsburgh) to be a Witness to Back up Facts in Complaint, Motion for Assistant Head Coach Bradin Knight to Appear as Witness in my Complaint, Motion to Suppress Ruling by Courts Based on First Amendment Rights, Motion to use Facebook Messenger as Evidence to Support Claim that I had Contacted Former Duke Forward Jabari Parker, Motion for Former Head Coach Ben Scheremhorn of Holy Cross College (Ind.) to Testify on Behalf of my Case, Motion for NCAA as Defendants in this Claim, Motion to use Twitter Account "@baypratt" as Evidence,

Motions for Courts to Find Defendants in Violation of NCAA Bylaws, Motion for Youtube Videos to be Used as Evidence, Motion for Head Coach of Thomasville Prep, NC, Robert Knotts to be Crossed Examined by my Attorney, Motion for Appeal of my Case, Motion for Appeal of my Claim, Motion for Rob Schroyer of the Department of Veterans Affairs too Appear at my Next Civil Rights Hearing, Motion to Site That Tim Frisby who was 39 Years Old at the Time a Veteran of the United States Army was Given a Fair Chance to Play, Motion too use Facebook as a Social Medial Tool too Communicate, Motion to use Sea of Blue Facebook Comments and Posts as Support Facts of my Claim, Motion to use West Virginia Illustrated as Social Media Tool, Motion for my Case to be Reviewed by "Higher Appellate Court," Motion for Head Coach Bobby Bossman of Spire Academy too Appear at my Next Civil Rights Hearing, Motion that IUPU-Indianapolis is in Direct Violation of my Title IX (1972) Rights, Motion to Summon Rainbow Push of Chicago, Illinois as Attorney's on my Case, Motion for Discovery of Evidence, Motion for Arbitrator for the NBA to Nullify my Status as a Undrafted Rookie Free Agent, and Motion to use my T-Shirt which says "Coach Cal is my Homeboy" as Evidence, in response to Magistrate Judge Carter's Report and Recommendation. The Court will construe this filing and the motions contained within as objections to Magistrate Judge Carter's Report and Recommendation.

    A party's objections must be "clear enough to enable the district court to discern those issues that are dispositive and contentious," and generally, "the failure to file specific objections to a magistrate's report constitutes a waiver of those objections." *Smith v. Woods*, 505 F. App'x 560, 564 (6th Cir. 2012). In his Objections, which are mostly incomprehensible, Plaintiff appears to reiterate the facts stated in his Complaint

regarding his allegations that the University of Kentucky and West Virginia University did not select him to play basketball. (Doc. 5).

The Court has reviewed these objections, as well as the corresponding record relevant to Plaintiff's filing, and agrees with Magistrate Judge Carter's well-reasoned Report and Recommendation that Plaintiff's Complaint is frivolous. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Plaintiff's action is **DISMISSED** without prejudice and his motion to proceed *in forma pauperis* is **DENIED** as **MOOT**.

**SO ORDERED** this 7th day of April, 2015.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE